854 A.2d 966

**Thomas HIBBARD, Appellant**

**v.**

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

July 29, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of July, 2004, the Order of the Commonwealth Court is hereby AFFIRMED.